UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------------X
THOMAS STEINBECK, an individual; and BLAKE :
SMYLE, an individual, :
    *Plaintiffs and Counterclaim Defendants*, :    AMENDED ORDER
  :
NANCY STEINBECK, an individual, :
    *Intervenor-Plaintiff*, :
  :    04-CV-5497 (RO)
    - against - :
  :
MCINTOSH & OTIS, INC., a New York corporation; :
THE STEINBECK HERITAGE FOUNDATION, a non- :
profit New York corporation; EUGENE H. WINICK, an :
individual; SAMUEL PINKUS, an individual; JEAN :
ANDERSON BOONE, an individual; FRANCIS :
ANDERSON ATKINSON, an individual; WAVERLY :
SCOTT KAFFAGA, an individual and Executor of the :
Estate of Elaine Anderson Steinbeck; DAVID SCOTT :
FARBER, an individual; ANDERSON FARBER :
RUNKLE, an individual; JEBEL KAFFAGA, an :
individual; BAHAR KAFFAGA, an individual; and :
STEVEN FRUSHTICK, an individual; and Does 1-10, :
    *Defendants and Counterclaim Plaintiffs*. :
------------------------------------------------------------------X
PENGUIN GROUP (USA) INC. :
    *Plaintiff*, :    04-CV-6795 (RO)
  :
    - against - :
  :
THOMAS STEINBECK and BLAKE SMYLE, :
    *Defendants*. :
------------------------------------------------------------------X

OWEN, District Judge

    This hereby amends the "Appearances" section of my Opinion & Order dated June 8, 2006, as follows:

Appearances

Mark S. Lee, Manatt, Phelps & Phillips LLP

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/18/06

Attorneys for Plaintiffs/Defendants Thomas Steinbeck and Blake Smyle

Sanford J. Hausler, Cox Padmore Skolnik & Shakarchy LLP
Attorneys for Intervenor-Plaintiff Nancy Steinbeck

Susan J. Kohlmann, Carolina A. Fornos, Nancy V. Thornton, Pillsbury Winthrop Shaw Pittman LLP
Attorneys for Defendants and Counterclaim Plaintiffs Waverly Scott Kaffaga (as individual and executor of the Estate of Elaine Anderson Steinbeck), David Scott Farber, Anderson Farber Runkle, Jebel Kaffaga, Bahar Kaffaga, and Jean Anderson Boone

Elizabeth McNamara, Davis Wright Tremaine LLP
Attorneys for Defendants and Counterclaim Plaintiffs McIntosh & Otis, Inc., Eugene Winick, and Samuel Pinkus

Richard Dannay, Thomas Kjellberg, Cowan, Liebowitz & Latman, P.C.
Attorneys for Plaintiff Penguin Group


So Ordered.

Dated: New York, New York
       June 28, 2006
       July 18

_____
United States District Judge