



POCKET NOTEBOOK
3 SUBJECT · TAB DIVIDED
120 SHEETS · COLLEGE RULE

EXHIBIT 14

144

TB00879



14/5

TB00880



TB00881

147

# M & O

conversations

## 1998

- 10/1 – Whitney needs Rosenthal's FAX
- 10/2 – Demanded WB-Travels contract
- 10/2 – Evva has contract. 2nd Position at WB.
- 10/5 – Evva called re: Rachel @ WB as new negotiator.
- 10/8 – Tracey Burnett, Rachel now doing contract. Tracey still has Evva said she would FAX Rachel tomorrow. It is on WB's desk. No series manufactured. I am dealing w/ "Steinbeck's POV"
- 10/22 – Called Winick to confirm that Thom will be out 11 grand if the WB deal falls apart
- 10/21 – Evva called to inform that WB wanted a 2 week "free" extension to hear back from CBS. I recieved a fax today stating that WB was pitching to A&E.
- 11/4 – The check was returned to WB for re-issue. WB sent the check 60 days ago. It has

148

11/4 cont'd
expired. Warner Bros. will <u>not</u> renew the option.
Evva gave me permission to set up the deal using Rothenberg script.
We discussed Logo & Winkler

11/11 Call from Dennis informed me that Showtime passed on JWC. I called Evva, she returned, I returned. Rothenberg prior to call w/ Evva said his agent may have sent script to Showtime as a writing sample. Maybe because, ___ called to ask him to help w/ option of <u>Winter of our Discontent</u>. Evva said Elaine passed on Granada, might let Sydell Albert have it. Michael Douglas may come to the table ... if so ... M.D. will wait for him.             Wendy Kranc
Evva was stunned to hear that Jim Wilson or someone from JIG had pitched the project. She asked me to find out who pitched it. She said she would delete WB from CBS opportunity.

149

TB00883

Vicki Matishia called from Showtime to pass.

1/25/99 - Eva called in response to my fax re: "Steinbeck's Point of View." Said Pinkus handling legal on this issue.

1/29/99 - Msg. For Sam Pinkus

2/1/99 - Returned Sam's call - Re: "Steinbeck's POV." Said he would send another letter to Bel Air. No activity from Zacharias.

5/7/99 - Spoke w/ Eva re: Pearl & Fries. She couldn't talk. Someone in office.

5/6/99 - Gave Sam Pinkus full update, re "Pearl." Fries & Zacharias leaving for Cannes.

5/8/99 - Called Winick @ home re: Pearl, Zacharias & Fries. I think I woke Ilna up.

5/9/99 - Called Winick @ home. Mother's Day dinner taking place. Ilna said he'd call back.

5/9/99 - Before 8pm Winick returned call. Said not to send letter re: Fries for Thom's own protection

150

TB00884

5/9/99 Winick continued. Gave Fries #'s in Cannes. He said that Evva had spoken w/ Fries brother and given notice. Thom still cautious will mail signed copy of letter to Thom only. (Register).

6/30/99 Sunday. Called Elaine. She was more confused than I have ever heard her.

6/20/99 Spoke to Sam Pinkus & Gene Winick regarding news from the Steinbeck Center that Elaine had started a foundation. Gene insisted that he had told me... but that is incorrect. I would have re-acted sooner. I was furious but composed. I informed Gene that California law protected Thom's rights. He replied, "start your own foundation". Gene said that Elaine's lawyers handled all of it. He said that Elaine's sister, and one of Cowan's lawyers sit on the board. I asked if Elaine was making decisions regarding estate business or if her lawyer was. Gene replied

151

TB00885

cont'd. from 6/20/99
that her lawyer was making decisions based upon Elaine's wishes. I told Gene that under those circumstances, Thom would demand that his power of attorney be returned to him. Gene said that Thom had to do what he had to do.

— Thurs. after 9 pm —
Winick called. late. He was on a roll talking about how Thom was treated badly and that once Elaine was gone we could fix it thru terminating the copyrights.? He said the law would let us change the contracts and Thom would have everything.
I asked about the niece and he said that until we found her, it would be best if we set up a trust account for her shares. Hold them there for at least ten years or until we found her to show good faith.
I don't understand it all, but Gene said it was in the copyright act and he wouldn't elaborate. I will try to find out what terminate means.

TB00886

1/10/02 —

What is Thom's share of America & the Americans? 1/3?

New Book, new copyright. New rights?

( Cost Rel. Thom's book?
  How
  Susan   500 copies min. )

9/8/03

Kevin McCormick - VP Prod.
W Bros.

Have any clarity? Not from M&O After speaking with Mark Wolper, who called to back out of the deal on "Travels" under orders from Gregg Maday, I called Gregg Maday to discover what had happened?!

Gregg said that he had recieved a call from Kevin McCormick telling Mark to back off, that he (Kevin) wanted the film rights for Eric Roth.

I explained to Gregg that Sam had told us that the film deal was no longer an issue. Gregg said that was not what Kevin told him.

Kevin told Gregg that Wolper was holding up the deal. Somehow, from somewhere, they also heard that the reason that Thom wanted to stay with Wolper because he made more money in television! Neither of these guys heard this for me, but somehow both Maday, McCormick & Wolper were told that Thom wanted to stay there because he could write the script & make more $! This comment could only have come from Evia.

154

TB00888

Gregg said that he had to step back because TV always concedes to the film division. WB has a system, they believe the film division makes more money, so he had no choice.

At that point, I told him about the meeting with Eric Roth and how Eric wanted to contemporize the book for a feature film. I told Gregg that I/we had been very clear with Eric and his agent, a film was discussable, but he could not under any circumstances update the material. If they want to do that, they can write an original story.

With that, Maday asked me to speak with Kevin McCormick. He gave me Kevin #. I then called Ezra and gave her an overview of the conversation. She asked me to e-mail it to her and I did, though not as completely as it is in these notes.

Ezra refused to call Kevin, but said she would call Patricia Connelly. I did not know who Patricia was, looked her up & found she was head business affairs.

The more I thought about it, the more I realized that the original "screw-up" began with Ezra. Ezra

155

TB00889

is the only one that knew of Thomas's possible attachment. Though she had been told to clear it up, and Sam had told us that it was cleaned up, it was not.

Around 4:30 pm, I called Kevin McCormick. He immediately took my call. I introduced myself and explained that I was concerned that there may have been a misunderstanding. I then said we had met with Eric Roth. He said, "Yes, I know, he drove in to meet you." I said, no, we drove in from Santa Barbara to meet him at CAA.

156

Feb. 3rd 2004 (Johnny's B'day)

Eva called with a rather confusing proposal.

Eva said that both Jon Levin and Warner Brothers have been bugging her to get the rights for a 2 hour film of "Travels With Charley." Now mind you, this is old news that we thought was resolved long ago.

I pressed her on the issue and she said that it was just between the two of us, and that she knew I would probably follow-up on it, but she had spoken with Mark Wolper and wanted to know what he had planned for the material. She said that Warner Brothers was not going to back him and that he would not be able to allow Thom to write for him because HBO owned the script. When I argued with her that Thom could still write, and that was because Warners owned HBO, she said that wasn't true and that Mark agreed that she was probably right.

She said that Mark told her it would take 5 years before Thom could write for "Travels With Charley"

157

TB00891

2/3/04
cont.

Evva promised that if Thom agreed to go with Eric Roth she would make sure that Thom got an attachment. Evva said that Thom "had too much to lose", if he didn't go along with the Eric Roth deal.

So I pressed her on that issue. She said that she knew Thom would probably turn down the Spielberg, "Grapes of Wrath" deal and that Waverly wanted to do the "Travels" deal. Evva said that it would be a good idea if Thom gave this one to Waverly.

I asked Evva how she knew that Thom couldn't be involved with the Wolper deal. She said that she was doing another deal with Mark Wolper and she spoke with him often.

Evva asked me to talk it over with Thom and try to get him to agree. I've learned not to speak or argue with her because it turns into a shouting match with threats and shouting. There is no winning with Evva.

Okay. I need to find out what she's up to. Another day to waste taking care of her mess. I wish I knew who was prompting her.

158

TB00892



Calling twice a week wants to talk to you.

Countered & pulled it back.

Backed down off license w B calls not being returned

159